THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PAUL WERT-HAISER, Appellant.— Motion to dismiss appeal denied, upon condition that the appeal be perfected and the case placed upon the calendar for the second Monday of the November term, for which date the cause is set down; otherwise, motion granted. Present — Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, on Complaint of AGNES S. LAWLER, Respondent, v. WILLIAM J. LAWLER, Appellant.— Motion for reargument granted, and case set down for the second Monday of the November term. Present — Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ.

ANNA QUINN, Respondent, v. HERMAN W. WIPPERMANN, Appellant.— Motion denied on condition that appellant perfect the appeal, place the case on the November calendar and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ.

MAXIMILLIAN M. RUTTENAU, Respondent, v. ELIZABETH L. RUTTENAU, Appellant.— Motion granted, without costs. Present — Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ.

GEORGE G. SEGAL, Respondent, v. OSCAR ENGLANDER, Appellant, Impleaded with FANNIE SIEGEL, as Executrix, etc., Defendant.— Motion granted, without costs, on condition that the appeal be heard on October 10, 1919. Present — Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ.

JESSIE V. SIMONS, Appellant, v. MANUEL J. JOHNSON, Treasurer, etc., Respondent.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ.